W. F. CHENAULT, Appellant, v. ABNEY & BOHANNON, Appellee.

No. 3772.

Court of Civil Appeals of Texas. Beaumont.

Dec. 12, 1940.

Callaway & Callaway, of Brownwood, for appellant.

Owen & Bohannon, of Brownwood, for appellee.

WALKER, Chief Justice.

This appeal was prosecuted from the County Court of Brown County to the Austin Court of Civil Appeals, and transferred to this court by order of transfer of the Supreme Court.

Finding no error in the record, on authority of Texas & N. O. R. Co. v. Futch, Tex.Civ.App., 127 S.W.2d 1040, the judgment of the lower court is affirmed without written opinion.

Affirmed.

FEDERAL UNDERWRITERS, Appellant, v. Watson WADE, Appellee.

No. 3756.

Court of Civil Appeals of Texas. Beaumont.

Dec. 19, 1940.

Rehearing Denied Jan. 22, 1941.

James W. Peavy, of Austin, for appellant.

Sumner Williams, Jr., of Lufkin, for appellee.

O'QUINN, Justice.

This is an appeal from the County Court of Nacogdoches County. After careful consideration of the record, we affirm the judgment without written opinion. Associated Indemnity Corp. v. Gatling, Tex. Civ.App., 75 S.W.2d 294; Texas & N. O. R. Co. v. Futch, Tex.Civ.App., 127 S.W.2d 1040; Fidelity & Guaranty Fire Corporation v. Roy Stubblefield, Tex.Civ.App., 140 S.W.2d 1115.

Candelario MUNOZ, Appellant, v. Miguel BENITEZ et al., Appellees.

No. 10836.

Court of Civil Appeals of Texas.
San Antonio.

Dec. 18, 1940.

Walter G. Weaver, Jr., of Donna, for appellant.

Hill, Greer & Franki, of Mission, and Gus C. Garcia, of San Antonio, for appellees.

PER CURIAM.

Affirmed without written opinion. Associated Indemnity Corporation et al. v. J. M. Gatling, Tex.Civ.App., 75 S.W.2d 294.